IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

HOWARD L. ROSS,

    Plaintiff,

    v.    Case No. 08-C-0230

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM, et al,

    Defendants.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective attorneys, as follows:

1. The above-captioned cause, and all claims thereunder, shall be dismissed with prejudice;

2. The plaintiff shall pay defendants costs in the amount of $1,000.00; and

3. The court may enter an order consistent with this stipulation without further notice and/or hearing.

Dated this 18th day of February, 2010.

| | |
|---|---|
| s/ Robert J. Kasieta | s/ Nadim Sahar |
| Robert J. Kasieta, WI State Bar No.1000107 | Nadim Sahar, WI State Bar No.1016394 |
| Andrew J. Parrish, WI State Bar No. 1060071 | R. Duane Harlow, WI State Bar No. 1025622 |
| Attorneys for Plaintiff Dr. Howard L. Ross | Attorneys for Defendants |
| KASIETA LEGAL GROUP, LLC | Wisconsin Department of Justice |
| 7818 Big Sky Drive, Suite 112 | Post Office Box 7857 |
| Madison, WI 53719 | Madison, Wisconsin 53707-7857 |
| Telephone: (608) 662-9999 | Telephone: (608) 264-9451 |
| Fax: (608) 662-9977 | E-mail: saharn@doj.state.wi.us |
| E-mail: rjkasieta@kasieta.com | E-mail: harlowd@doj.state.wi.us |
| E-mail: dp@kasieta.com | |