UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HOWARD L. ROSS,

    Plaintiff,

v.                                                       Case No. 08-C-230

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM,
RICHARD J. TELFER,
JAMES W. FREER,
INDRA MOHABIR, and
MARTHA D. SAUNDERS,

    Defendants.

## ORDER FOR DISMISSAL

Based upon the foregoing stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-captioned action be and the same is hereby **DISMISSED** with prejudice, on the merits and without further costs to either party.

Dated at Milwaukee, Wisconsin, this 19th day of February, 2010.

BY THE COURT:

_J.P. Stadtmueller_
J.P. Stadtmueller
U.S. District Judge